UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:

CHARLES CALVIN BUTLER

CASE No. 16-50267-KKS

CHAPTER 11

Debtor.
_____/

UNITED STATES TRUSTEE'S
NOTICE OF APPEARANCE

PLEASE TAKE notice that the undersigned appears as counsel of record for

The United States Trustee in the above referenced bankruptcy case.

RESPECTFULLY SUBMITTED this 4th day of October, 2016.

>	GUY G. GEBHARDT
>	Acting United States Trustee
>	Region 21
>
>	/S/JASON H. EGAN
>	Jason H. Egan
>	U.S. Department of Justice
>	Office of the United States Trustee
>	110 East Park Avenue, Suite 128
>	Tallahassee, FL 32301
>	850-942-1664
>	FAX: 850-942-1669
>	Florida Bar No. 0568351
>	Jason.h.egan@usdoj.gov