UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FL
PANAMA CITY DIVISION

IN RE: CHARLES C. BUTLER                    Chapter 11
       Debtor.                              Case No.   16-50267- KKS
_____\

## NOTICE OF DEATH OF DEBTOR

COMES NOW the undersigned attorney for the Debtor, **CHARLES C. BUTLER**, and files this Notice of Death and notices the Court, and all interested parties. Debtor died on November 16, 2018.

Respectfully submitted on January 16, 2019.

/s/ Charles M. Wynn
Charles M. Wynn, Esq.
FL Bar. # 0241695
Michael A. Wynn, Esq.
FL Bar #112300
Andrew Gause, Esq.
FL Bar # 092753
4436 Clinton Street
PO Box 146
Marianna, FL   32447
Telephone: (850) 526-3520
Fax: (850) 526-5210
E-Mail: Charles@Wynnlaw-fl.com
Secondary E-Mail: Court@Wynnlaw-fl.com

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK

# BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2018183424  **DATE ISSUED:** NOVEMBER 29, 2018

**DECEDENT INFORMATION**  **DATE FILED:** NOVEMBER 27, 2018

NAME: CHARLES CALVIN BUTLER
AKA: CHAZ BUTLER
DATE OF DEATH: NOVEMBER 16, 2018   SEX: MALE   AGE: 055 YEARS
DATE OF BIRTH: ▇▇▇▇▇▇▇▇   SSN: ▇▇▇-▇▇-0208
BIRTHPLACE: PORT ST JOE, FLORIDA, UNITED STATES
PLACE WHERE DEATH OCCURRED: DECEDENT'S HOME
FACILITY NAME OR STREET ADDRESS: 8727 THOMAS DRIVE, APT B 13
LOCATION OF DEATH: PANAMA CITY BEACH, BAY COUNTY, 32408
RESIDENCE: 7515 COLE RIDGE ROAD, PANAMA CITY, FLORIDA 32404, UNITED STATES
COUNTY: BAY
OCCUPATION, INDUSTRY: MUSICIAN, PERFORMANCE
EDUCATION: SOME COLLEGE CREDIT, BUT NO DEGREE     EVER IN U.S. ARMED FORCES? NO
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: WHITE

**SURVIVING SPOUSE / PARENT NAME INFORMATION**
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)
MARITAL STATUS: DIVORCED
SURVIVING SPOUSE NAME: NONE
FATHER'S/PARENT'S NAME: WANDELL ERCELL BUTLER
MOTHER'S/PARENT'S NAME: CATHERINE MCALPIN

**INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION**
INFORMANT'S NAME: RONALD W BUTLER
RELATIONSHIP TO DECEDENT: BROTHER
INFORMANT'S ADDRESS: 216 WHITING STREET, PORT ST JOE, FLORIDA 32456, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: WILLIAM P COMFORTER, F046304
FUNERAL FACILITY: COMFORTER FUNERAL HOME F040483
    601 LONG AVE, PORT ST JOE, FLORIDA 32456
METHOD OF DISPOSITION: CREMATION
PLACE OF DISPOSITION: EMERALD SHORES CREMATORY
    PANAMA CITY, FLORIDA

**CERTIFIER INFORMATION**
TYPE OF CERTIFIER: DISTRICT MEDICAL EXAMINER    MEDICAL EXAMINER CASE NUMBER: 181400494
TIME OF DEATH (24 HOUR): 1902    DATE CERTIFIED: NOVEMBER 27, 2018
CERTIFIER'S NAME: JAY MICHAEL RADTKE
CERTIFIER'S LICENSE NUMBER: ME107594
NAME OF ATTENDING PHYSICIAN (IF OTHER THAN CERTIFIER): NOT ENTERED

_[signature]_ , STATE REGISTRAR

REQ: 2019905126

WARNING: THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.




CERTIFICATION OF VITAL RECORD

florida HEALTH

*35299331*